United States District Court
Southern District of Texas
**ENTERED**
November 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELVIN HEARD | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-5874 |
| | § | |
| U.S. CRIME PREVENTION, CORP. d/b/a | § | |
| TEXAS CRIME PREVENTION AGENCY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation (Doc. No. 37) of the United States Magistrate Judge recommending that the Court deny Plaintiff's Motion for Default Judgment (Doc. No. 36) without prejudice. No objections were filed to the Report and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that Plaintiff failed to satisfy the requirements for a default judgment. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 12) is **ADOPTED,** and Plaintiff's Motion for Default Judgment (Doc. No. 36) against Defendant Jaime Barbe is **DENIED** without prejudice.

SIGNED on this 20th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE